**United States Bankruptcy Court**
Southern District of New York

In re   513 Union LLC                                          Case No.   18-22927
                        Debtor(s)                              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   6/18/2018                    /s/ [signature]
                                     Signer/Title  AUthORIzed  SIGnATRY

.

BOHLER ENGINEERING
35 TECHNOLOGY DRIVE
WARREN, NJ 07059


BRUCE L. NUSSMAN, ESQ.
KATES NUSSMAN ELLIS ET AL.
190MOORE STREET SUITE 306
HACKENSACK, NJ 07601


LAW OFFICE DAVID FLEISCHMAN PC
2233 NOSTRAND AVENUE, 3RD FLR
BROOKLYN, NY 11210


NJ CONSULTING
1661 44TH STREET
BROOKLYN, NY 11204


RIVERSIDE ABSTRACT
212 SECOND STREET
SUITE 502
LAKEWOOD, NJ 08701


SKYLINE CAPITAL
1449 37TH STREET
BROOKLYN, NY 11218


THE BANK OF PRINCETON
C/O HILL WALLACK, LLP
21 ROSZEL ROAD
PRINCETON, NJ 08543


TOMUR REALTY LLC
C/O MURRAY GREENBERG
17 FEHERVARI COURT
FRANKLIN, NJ 08872