| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK (White Plains)<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL LLP<br>Richard B. Honig, Esq.<br>Attorneys for ToMur Realty LLC<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | |
| In Re:<br><br>513 UNION LLC,<br><br>                              Debtors. | Case No. l8-22927-RDD<br><br>Chapter 11 Proceeding<br><br>Honorable Robert D. Drain |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ToMur Realty LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Richard B. Honig, Esq.
                          Hellring Lindeman Goldstein & Siegal LLP
                          One Gateway Center
                          Newark, New Jersey 07102-5323

    DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

                                                            /s/ Richard B. Honig

Dated:  June 21, 2018                    _____
                                                              RICHARD B. HONIG

*new.8/1/15*

192210